# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOAN FAYE HARTMAN

NO. 2019 KW 0521

AUG 0 5 2019

---

In Re:    Joan Faye Hartman, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 527240.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT